IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSTON, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-14-1853 |
| | : |
| JOHN MCCULLAH, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

## ORDER

May 21, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's requests for leave to proceed in forma pauperis (Docs. 9 & 14) are **GRANTED** for the sole purpose of the filing of this action with this Court.

2. Houston's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. Plaintiff's motion (Doc. 18) seeking appointment of counsel is **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge